| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2016
David J. Bradley, Clerk

Steve Battles, #1783447 §
§
    Plaintiff, §
§
versus §      Civil Action V-15-041
§
William Stephens, Director, TDCJ-ID §
§
    Defendant. §

## Order of Dismissal

The reports and recommendations of the magistrate judge (27 and 28) are adopted and the petition for a writ of habeas corpus of Steve Battles is dismissed.

Signed on April 5, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge